# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| In Re: | ) | BK No.: 20-11461 |
|---|---|---|
| KIMBERLY WOODARD | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| Debtor(s) | ) | |

## ORDER SUSTAINING OBJECTION TO CLAIM NO. 4.1 (INTERNAL REVENUE SERVICE)

THIS MATTER coming to be heard upon the Debtor's Objection to Claim, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED THAT:

1. Debtor's Objection to Claim No. 4.1 (Internal Revenue Service) is sustained.

2. Internal Revenue Service shall be paid $50.00 as unsecured, priority and $6,914.76 as general unsecured pursuant to the terms of Debtor's Chapter 13 Plan.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: November 09, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com