NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Kimberly Y. Woodard
4160 W 191st Place
Country Club Hills, IL 60478
SSN: xxx−xx−0985 EIN: N.A.

Case No. : 20−11461
Chapter : 13
Judge : Jacqueline P. Cox

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : SFC Central Bankruptcy

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Tea Olive, LLC of your claim in the above matter, designated Claim No. 7 .   If no objections are filed by you on or before January 28, 2021 the Court shall substitute Tea Olive, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: January 8, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 20-11461-JPC

Kimberly Y. Woodard  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: ahamilton | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2021 | Form ID: ntcasclm | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly Y. Woodard, 4160 W 191st Place, Country Club Hills, IL 60478-5857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 28905080 | + Email/Text: bankruptcy.noticing@security-finance.com | Jan 09 2021 02:31:00 | SFC Central Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David M Siegel | on behalf of Debtor 1 Kimberly Y. Woodard davidsiegelbk@gmail.com R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| M.O. Marshall | ecf@55chapter13.com  ecfchi@gmail.com |
| Molly S Simons | on behalf of Creditor Bridgecrest Acceptance Corp. bankruptcy@sottileandbarile.com |

District/off: 0752-1     User: ahamilton     Page 2 of 2
Date Rcvd: Jan 08, 2021     Form ID: ntcasclm     Total Noticed: 2

Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 4